


**Rogers & Elliott PLLC**
Attorneys and Counselors at Law

**Stephan B. Rogers**
*steve@retexlaw.com*

April 2, 2024

| | |
|---|---|
| Fourth Court of Appeals<br>300 Dolorosa, Suite 3200<br>San Antonio, Texas 78205 | Fourteenth Court of Appeals<br>301 Fannin, Room 245<br>Houston, TX 77002 |
| Southern District of Texas –<br>Galveston Division<br>601 Rosenberg, Room 411<br>Galveston, Texas 77550 | Southern District of Texas –<br>Houston Division<br>515 Ruck Avenue<br>Houston, TX 77002 |
| Bexar County District Clerk<br>100 Dolorosa<br>San Antonio, TX 78205 | Kendall County District Clerk<br>201 E. San Antonio<br>Boerne, TX 78006 |
| Galveston County District Clerk<br>600 59th Street<br>Galveston, TX 77551 | Galveston County Municipal Court<br>601 54th Street #300<br>Galveston, TX 77551 |
| Montgomery County District Clerk<br>301 N. Main Street<br>Conroe, TX 77301 | Uvalde County District Clerk<br>Uvalde County Courthouse<br>Uvalde, TX 78801 |

## ATTORNEY VACATION NOTICE

Dear Clerks:

Please be advised that I will be on vacation on the following dates:

**June 6, 2024 through and including June 20, 2024 – Vacation**

By copy of this correspondence, I am notifying all counsel of record of my plans and asking that they not schedule hearings or depositions during those time frames.

      Thank you for your consideration in regard to this matter. Should you have any questions please do not hesitate to contact me.

      Yours truly,

      Stephan B. Rogers

cc:    Counsel